**COMMONWEALTH of Pennsylvania**

v.

**James Robert DAWKINS Jr.**

**Petition of: William Crepps**

**No. 523 WAL 2016**

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Davey ROBINSON, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

**No. 519 EAL 2016**

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lewis BROOKS, Petitioner**

**No. 556 EAL 2016**

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**